UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

STEPHEN P. MASCIOTTI                                No.7:08-cv-04447-KMK-LS

           Plaintiff,

       -vs-                                              RETURN OF SERVICE

MT. KISCO AUTOMOTIVE PARTNERS II, LLC
d/b/a LAND ROVER JAGUAR OF
MOUNT KISCO, LAND ROVER JAGUAR OF
MOUNT KISCO, GREGORY P. WERNER,
AND SCOTT B. WIDDED

           Defendants.
-------------------------------------------------------------------

      The Plaintiff, Stephen Masciotti, makes this Return of Service in accordance with Fed. R. Civ. P. 4. On July 09, 2008, a Writ, Summons and Complaint in the above referenced matter were served upon Dan Decicco, personally, General Agent and authorized to accept service for the defendant, MT. KISCO AUTOMOTIVE PARTNERS II, LLC d/b/a LAND ROVER JAGUAR OF MOUNT KISCO, as set forth on the attached Process Server's Return.

      The Plaintiff makes this further Return of Service in accordance with Fed. R. Civ. P. 4. On July 09, 2008, a Writ, Summons and Complaint in the above referenced matter were served upon Dan Decicco, personally, General Agent and authorized to accept service for the defendant, LAND ROVER JAGUAR of MT. KISCO, as set forth on the attached Process Server's Return.

In accordance with Fed. R. Civ. P. 4(e)(2)(B)., on July 09, 2008, a Writ, Summons and Complaint in the above referenced matter were also served upon the defendant, SCOTT B. WIDDED, via the defendant's dwelling or usual place of abode located at 31 Threshing Rock Road, Pound Ridge, NY 10576, as set forth on the attached Process Server's Return.

In accordance with Fed. R. Civ. P. 4(e)(2)(B)., on July 19, 2008, a Writ, Summons and Complaint in the above referenced matter were also served upon the defendant, GREGORY WERNER, via the defendant's dwelling or usual place of abode located at 9 Elmwood Drive, Brewster, NY, 10509, as set forth on the attached Process Server's Return.

Dated:   July 29, 2008
         New Haven, CT

                              Respectfully submitted,

                              STRATTON FAXON

                              By:_____
                              Joel T. Faxon (jf1611)
                              Stratton Faxon
                              59 Elm Street
                              New Haven, CT 06510
                              Tel. (203) 624-9500
                              Fax (203) 624-9100
                              jfaxon@strattonfaxon.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

STEPHEN P. MASCIOTTI

V.

MT. KISCO AUTOMOTIVE PARTNERS II, LLC
d/b/a LAND ROVER JAGUAR OF MT. KISCO et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV. 4447

JUDGE KARAS

TO: (Name and address of Defendant)

Mt. Kisco Automotive Partners II, LLC
d/b/a/ Land Rover Jaguar of Mt. Kisco
785 Bedford Road
Bedford Hills, NY 10507

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(By) DEPUTY CLERK

DATE  MAY 1 2 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 9, 2008 at 1000 am |
| NAME OF SERVER (PRINT) Tony DoNADio | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 785 Bedford Road Bedford Hills, NY 10507

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served upon Dan DeCicco, manager who is authorized to accept on behalf of defendant. m, w, Blk/br, 46, 5'9, 175

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 11, 2008

X _Tony DonAdio_
   Signature of Server

PO Box 138 Jefferson Valley NY 10535
   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                District of                New York

STEPHEN P. MASCIOTTI

**SUMMONS IN A CIVIL ACTION**

V.

MT. KISCO AUTOMOTIVE PARTNERS II, LLC
d/b/a LAND ROVER JAGUAR OF MT. KISCO et al.

CASE NUMBER:

**08 CIV. 4447**

**JUDGE KARAS**

TO: (Name and address of Defendant)

Land Rover Jaguar of Mt. Kisco
785 Bedford Road
Bedford Hills, NY 10507

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                MAY 1 2 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 9, 2008 at 1000am |
| NAME OF SERVER *(PRINT)* Tony Donadio | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 785 Bedford Road Bedford Hills, NY 10507

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Dan Decicco, general agent of the defendant. M, W, Blk/Gr, 46, 5'9, 175

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 11, 2008
        *Date*

X _____
  *Signature of Server*  Tony Donadio

Box 138 Jefferson Valley NY 10535
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

STEPHEN P. MASCIOTTI

**SUMMONS IN A CIVIL ACTION**

V.

MT. KISCO AUTOMOTIVE PARTNERS II, LLC
d/b/a LAND ROVER JAGUAR OF MT. KISCO  et al.

CASE NUMBER: **08 CIV. 4447**

**JUDGE KARAS**

TO: (Name and address of Defendant)

Scott B. Widded
31 Threshing Rock Road
Pound Ridge, NY 10576

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 1 2 2008

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 9, 2008 at 10 AM |
| NAME OF SERVER (PRINT) Tony Donadio | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 31 Threshing Rock Rd. Pound Ridge NY 10576

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Affixed to outer door of house on July 9, 2008 at 10:45 AM Previous attempts: July 1, 2008 at 7:55 AM; July 7, 2008 at 6:46 PM

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 11, 2008
              Date

X _Tony_ _(signature)_
Signature of Server
Tony Donadio

P.O Box 138 Jefferson Valley NY 10535
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

STEPHEN P. MASCIOTTI

**SUMMONS IN A CIVIL ACTION**

V.

MT. KISCO AUTOMOTIVE PARTNERS II, LLC
d/b/a LAND ROVER JAGUAR OF MT. KISCO et al.

CASE NUMBER:

**08 CIV. 4447**

TO: (Name and address of Defendant)

Gregory P. Werner
9 Elmwood Drive
Brewster, NY 10509

**JUDGE KARAS**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 1 2 2008

CLERK

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 19, 2008 at 11:45 AM |
| NAME OF SERVER *(PRINT)* Tony Donadio | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 9 Elmwood Drive Brewster, NY 10509

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Affixed a copy to the door of said premises, which is the defendants dwelling house/usual place of abode within the state. Verified by neighbor, Mrs. Tomassetti  7/8 @ 7:52am & 7/16 @ 7:02pm

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 25, 2008

Signature of Server: Tony Donadio

Address of Server: Box 138 Jefferson Valley NY 10535

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.