UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEPHEN P. MASCIOTTI,

                *Plaintiff,*

            -against-

MT. KISCO AUTOMOTIVE PARTNERS II, LLC d/b/a
LAND ROVER JAGUAR OF MOUNT KISCO; LAND
ROVER JAGUAR OF MOUNT KISCO; GREGORY P.
WERNER and SCOTT B. WIDDED,

                *Defendants.*
------------------------------------------------------------------X

08 CIV 4447

Judge Karas

**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

Paul S. Zilberfein, Esq. being duly sworn hereby deposes and says under penalties of perjury:

1. I am associated with the Law Offices of Donald L. Frum, attorneys for Defendants, MT. KISCO AUTOMOTIVE PARTNERS II, LLC d/b/a LAND ROVER JAGUAR OF MOUNT KISCO and LAND ROVER JAGUAR OF MOUNT KISCO, by and through their attorneys, LAW OFFICES OF DONALD L. FRUM,

2. Defendant MT KISCO AUTOMOTIVE PARTNERS II, LLC, d/b/a JAGUAR MOUNT KISCO and LAND ROVER JAGUAR MOUNT KISCO, is a single member LLC formed in the State of New York. The single member that owns the company is: The Premier Collection, LLC, 250 Kisco Ave., Mt. Kisco, NY 10549.

3. No publicly held corporation owns 10% or more of Mt Kisco Automotive Partners II, LLC's stock.

4. No publicly held corporation owns 10% or more of The Premier Collection, LLC's stock.

5.  Below is a list of all single member LLCs owned by The Premier Collection, LLC:

    **Mt Kisco Automotive Partners II, LLC**
    d/b/a  Jaguar Mt Kisco
    d/b/a  Land Rover Mt Kisco
           785 North Bedford Rd
           Bedford Hills, NY 10507
           Jaguar / Land Rover Service
           115 Kisco Ave.
           Mt Kisco, NY 10549

    **Mt Kisco Automotive Partners, LLC**
    d/b/a  Mt. Kisco Volvo
           299 Kisco Ave
           Mt. Kisco, NY 10549

    **Westchester Automotive Partners, LLC**
    d/b/a  BMW Mt Kisco
           250 Kisco Ave
           Mt Kisco, NY 10549

    **Danbury Automotive Partners, LLC**
    d/b/a  Volvo of Danbury
           106 Newtown Rd
           Danbury, CT 06811

    **Hudson Valley Volkswagen, LLC**
    d/b/a  Hudson Valley Volkswagen
           1148 Route 9
           Wappingers Falls, NY 12590

    **Hudson Valley Automotive Partners, LLC**
    d/b/a  Hudson Valley Volvo
           1152 Route 9
           Wappingers Falls, NY 12590

    **CLM Associates, LLC**
           The Premier Collection, LLC Administrative Offices
           250 Kisco Ave
           Mt Kisco, NY 10549

    **CMS Volkswagen Holdings, LLC**
    d/b/a  Palisades Audi
           127 Route 59
           Nyack, NY 10960

**Palisades Volkswagen, LLC**
d/b/a Palisades Volkswagen
115 Route 59
Nyack, NY 10960

**Palisades Automotive Partners, LLC**
d/b/a Palisades Volvo
55 Route 303
West Nyack, NY 10994

**Palisades Automotive Partners II, LLC**
d/b/a Palisades Mazda
175 Route 303
West Nyack, NY 10994

**LR Westchester, LLC**
d/b/a Land Rover Larchmont/New Rochelle
1 East Main St.
New Rochelle, NY 10801

Dated: Elmsford, New York
July 31, 2008

                              Yours, etc.,

                              LAW OFFICES OF DONALD L. FRUM

                              By: _____
                                 Paul S. Zilberfein, Esq. (PZ7462)
                              *Attorneys for Defendants,*
                              MT. KISCO AUTOMOTIVE PARTNERS II, LLC d/b/a
JAGUAR OF MOUNT KISCO, LAND ROVER JAGUAR
OF MOUNT KISCO
565 Taxter Road - Suite 150
Elmsford, NY 10523
914-347-5522

To: Joel T. Faxon, Esq.
STRATTON FAXON
*Attorneys for Plaintiff*
59 Elm Street
New Haven, CT 06510
203-624-9500

## *ATTORNEY AFFIRMATION OF SERVICE*

STATE OF NEW YORK          )
                                        ) ss.:
COUNTY OF WESTCHESTER      )

Paul S. Zilberfein, Esq., an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

On July 31, 2008, I served a true copy of the annexed:

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

in the following manner: By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

To:    Joel T. Faxon, Esq.
        STRATTON FAXON
        *Attorneys for Plaintiff*
        59 Elm Street
        New Haven, CT 06510
        203-624-9500

Dated:  Elmsford, New York
          July 31, 2008

_____
Paul S. Zilberfein, Esq. (PZ7462)